**Order entered December 1, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00275-CR

**TIMOTHY LEE BARNUM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 069939**

## ORDER

Before the Court is appellant's November 24, 2021 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on December 27, 2021.

/s/    ERIN A. NOWELL
          JUSTICE